FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD C. QUINN and MARILEN QUINN, a married couple,<br><br>   Plaintiffs,<br><br>   v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>   Defendant. | NO. 2:17-cv-00246-SAB<br><br>**ORDER ENTERING STIPULATION; DISMISSING CASE WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Order of Dismissal With Prejudice and Without Costs, ECF No. 17. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs and/or attorneys' fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and enters it into the record.

//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION; DISMISSING CASE WITH PREJUDICE ^ 1**

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal With Prejudice and Without Costs, ECF No. 17, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED WITH PREJUDICE** and without costs and/or attorneys' fees.

3. The bench trial set for September 10, 2018, is **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close the file**.

**DATED** this 19th day of March 2018.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION; DISMISSING CASE WITH PREJUDICE ^ 2**